

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00360-CV

| | | |
|---|---|---|
| In re B.L. | § | Original Proceeding |
| | § | From the 233rd District Court |
| | § | of Tarrant County (233-515485-12) |
| | § | November 17, 2016 |
| | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the petition for writ of habeas corpus filed by relator B.L. We grant the petition for writ of habeas corpus in part and deny in part. We grant the relief sought by relator to the extent we declare the January 5, 2016 order of commitment, the February 17, 2016 order for issuance of a capias, and a capias issued February 17, 2016 void. All other relief sought in relator's petition for writ of habeas corpus is denied.

It is further ordered that all parties shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
     Justice Sue Walker